IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| SUMERA BITTNER and JEFFREY BITTNER, on behalf of E.R.B., a minor,<br><br>vs.<br><br>PLEASANT VALLEY COMMUNITY SCHOOL DISTRICT. | CASE NO. 3:18-cv-00052<br><br><br><br>**NOTICE OF REMOVAL** |

Pleasant Valley Community School District ("PVCSD"), by and through its attorneys, Lane & Waterman LLP, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above-captioned lawsuit from the Iowa District Court for Scott County to the United States District Court, Southern District of Iowa, and in support thereof, states the following:

1. On April 26, 2018, Bittner filed an Appeal of Denial of Open Enrollment Request against PVCSD in the Iowa District Court for Scott County, Case Number CVCV 298330. PVCSD was served with the Appeal of Denial Request on April 27, 2018.

2. Bittner has alleged PVCSD violated Bittner's procedural due process rights in violation of the 14th Amendment to the United States Constitution and 42 U.S.C. § 1983 and that PVCSD discriminated against Bittner in violation of the Americans with Disabilities Act, 42 U.S.C. § 12131.  Petition ¶¶ 5, 20-33, 34-37.

3. Bittner alleges in Count I of the Appeal of Denial that PVCSD violated the Americans with Disabilities Act and Iowa Civil Rights Act. Petition ¶¶ 20-34.

4. Bittner alleges in Count II of the Appeal of Denial that PVCSD violated Bittner's procedural due process rights in violation of the U.S. Constitution and 42 U.S.C. 1983.  Petition ¶¶ 35-37.

5. Bittner alleges in Count IV that the Iowa Open Enrollment statute violates the Americans with Disabilities Act.

6. This Court has original subject matter jurisdiction of Bittner's federal claims because Bittner pleads violations of federal law.  28 U.S.C. § 1331.

7. The Court has supplemental jurisdiction over the additional claims claiming violation of the Iowa Constitution, the Iowa Civil Rights Act, and interpretation of the Iowa Open Enrollment statute, Iowa Code Chapter 282, because any additional claims arise out of the same case or controversy as the federal claims.  28 U.S.C. § 1367.

8. Removal of this action is proper under 28 U.S.C. § 1441.

9. PVCSD was served on April 27, 2018.  This Notice of Removal is timely filed with this Court within thirty (30) days after PVCSD was served.

10. Attached as exhibits are complete copies of all processed pleadings, papers, and orders received by PVCSD.

11. Notice will be given to Bittner promptly after the filing of this notice as required by 28 U.S.C. § 1446(d).

12. A copy of this notice will also be filed with the Iowa District Court, Scott County, Iowa, promptly after the filing of this notice as required by 28 U.S.C. § 1446(d).

LANE & WATERMAN LLP

By */s/ Mikkie R. Schiltz*
    Mikkie R. Schiltz, AT0007038
220 North Main Street, Suite 600
Davenport, Iowa 52801
Phone: (563) 324-3246
Fax: (563) 324-1616
Email: mschiltz@l-wlaw.com

**ATTORNEYS FOR PVCSD**

CERTIFICATE OF SERVICE

      I hereby certify that on <u>May 17, 2018</u>, I electronically filed the foregoing with the Clerk of Court via the Court's E-Filing system which will provide notification of such filing to the following counsel of record:

Jeffrey S. Bittner
Jeff Bittner Law, P.C.
201 W. 2nd Street, Suite 1000
Davenport, IA 52801
Email: jbittner@bittnerlaw.com

M. Leanne Tyler
Tyler & Associates, PC
3285 Utica Ridge Road
Bettendorf, IA 52722
Email: MLT@LTylerLaw.com

                                               */s/ Mikkie R. Schiltz*