# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-1020

_____

Sumera Bittner, on behalf of E.R.B.; Jeffrey S. Bittner, on behalf of E.R.B.

Plaintiffs - Appellants

v.

Pleasant Valley Community School District

Defendant - Appellee

------

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:18-cv-00051-RGE)
(3:18-cv-00052-RGE)

------

**JUDGMENT**

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

The parties' stipulation of dismissal is granted, and the appeal is dismissed with each party to bear its own costs.

The Court's mandate shall issue forthwith.

August 14, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans